CAPITAL NATIONAL BANK ET AL. V. GENESEE FRUIT
COMPANY.

FILED DECEMBER 2, 1896.    No. 6977.

Banks and Banking: RECEIVERS: TRUST FUNDS.

ERROR from the district court of Lancaster county. Tried below before STRODE, J.

*Cobb & Harvey*, for plaintiffs in error.

*Mockett, Rainbolt & Polk*, contra.

RYAN, C.

Governed by the result reached in *Capital Nat. Bank v. Coldwater Nat. Bank,* 49 Neb., 786, with which it was argued, the judgment of the district court in this case is

AFFIRMED.